Sherianne Laba
CA Bar ID No.: 204247
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8050
slaba@obd.law

Attorney for Plaintiff, Nicole Mastromatteo

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| NICOLE MASTROMATTEO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:25-cv-00267-CKD<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER BRIEF** |

　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, with this Court's approval, that Plaintiff shall have an extension of time to file her Social Security Brief. This is Plaintiff's first request for an extension.

　　The undersigned counsel for Plaintiff respectfully requests a 28-day extension, from the current deadline of April 18, 2025, until May 16, 2025, to file her Brief. There is good cause for this request. The certified administrative record exceeds 4,700 pages, and Plaintiff intends on raising multiple fact-intensive issues. This, combined with counsel's workload, has made this

request become necessary. Plaintiff respectfully requests an extension of time in order to ensure that the issues are fully and concisely presented to the Court.

Defendant does not oppose the requested extension.

Respectfully submitted,

April 10, 2025  
DATED

*/s/ Sherianne Laba*  
SHERIANNE LABA, ESQUIRE  
Attorney for Plaintiff, Nicole Mastromatteo

April 10, 2025  
DATED

By:   */s/ Justin L. Martin*  
(*as authorized by email on April 1, 2025)  
Justin L. Martin  
Special Assistant U.S. Attorney  
Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Plaintiff's Social Security Brief shall be due on May 16, 2025, Defendant's Response Brief shall be due on June 16, 2025, and Plaintiff's optional reply shall be due on June 30, 2025.

Dated:  April 15, 2025

_____  
CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE