1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   JAMES KI, WSBN 42978
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (212) 264-2435
   james.ki@ssa.gov
8
9  Attorneys for Defendant
10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14  NICOLE MASTROMATTEO,              )   Case No.: 2:25-cv-00267-CKD
                                      )
15              Plaintiff,            )   STIPULATION AND ORDER FOR AN
                                      )   EXTENSION OF TIME
16         vs.                        )
                                      )
17  COMMISSIONER OF SOCIAL SECURITY,  )
                                      )
18                                    )
                                      )
19              Defendant.            )
                                      )
20  _____

21         Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

22  parties, through their respective counsel of record, that the time for Defendant to respond to

23  Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 16, 2025, up to

24  and including July 16, 2025.  This is the Defendant's first request for an extension.  Plaintiff's

25  reply, if any, would now be due July 30, 2025.

26         Defendant makes this request in good faith and for good cause.  This case was recently

27  reassigned to me.  I am currently assigned to three cases with briefing deadlines in the next ten

28

days.  I have been diligently working on cases, having drafted three briefs in the past week.

Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

Respectfully submitted,

Dated: June 12, 2025                     /s/ *Sherianne Laba**
                                         (*as authorized via e-mail on June 12, 2025)
                                         SHERIANNE LABA
                                         Attorney for Plaintiff

Dated: June 12, 2025                     MICHELE BECKWITH
                                         Acting United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Social Security Administration

                            By:          /s/ *James Ki*
                                         James Ki
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

extension, up to and including July 30, 2025, to respond to Plaintiff's Motion for Summary

Judgment.

Dated:  June 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE